Decided September 15, 2004

STATE OF CONNECTICUT *v.* MICHAEL MILLER

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 789 (AC 23769), is denied.

*Robert F. Field,* public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided September 15, 2004

STATE OF CONNECTICUT *v.* KENNETH BOYKIN

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 832 (AC 23815), is denied.

*David J. Reich,* special public defender, in support of the petition.

*Melissa L. Streeto,* deputy assistant state's attorney, in opposition.

Decided September 15, 2004